

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00096-CR

Ricky **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5992
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 18, 2021.

_____
Patricia O. Alvarez, Justice